ACCEPTED
03-14-00371-CR
4534461
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 3:49:02 PM
JEFFREY D. KYLE
CLERK

# IN THE COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 3:49:02 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| JIM JACK THOMPSON III | § | |
| v. | § | NUMBER 03-14-00371-CR |
| THE STATE OF TEXAS | § | |

### APPELLANT'S SECOND MOTION TO EXTEND TIME
### FOR FILING APPELLANT'S BRIEF

Pursuant to Rules 38.6(d) and 10.5(b), Texas Rules of Appellate Procedure, Appellant respectfully moves for an extension of time to file appellant's brief herein, and in support of said motion would show the following:

### I.

The original deadline for the filing of appellant's brief is MARCH 16, 2015.

### II.

Appellant's seeks a 30 days extension of time for filing appellant's brief, i.e. to APRIL 15, 2015.

### III.

One previous extension of time to file appellant's brief has been sought and granted.

IV.

The facts relied upon to reasonably explain the need for an extension are as follows:

1. The appellate record in thia case is voluminous and complicated. The Reporter's record consists of 13 volumes. At leasr 124 exhibits were admitted at trial. The Cllerk's Record consists of 176 pages.

2. Since the first extension was granet Counsel had to spend a considerable amount of time on an appeal in a civil case in which the brief was filed on February 23, 2015.

3. Since the first extension was granted counsel has had court appearances in felony cases in Williamson, Travis, Burnet, and Comal Counties.

WHEREFORE, appellant prays that this Motion For Extension of Time to File Appellant's Brief be granted and that the deadline for filing appellant's brief be extended to APRIL 15, 2015.

RESPECTFULLY SUBMITTED

/s/ Ray Bass

_____
RAY BASS, ATTORNEY
SBN 01884000

120 WEST 8TH STREET
GEORGETOWN, TEXAS 78626
TEL. 512-863-8788
FAX  512-869-5090
ATTORNEY FOR APPELLANT

IN THE COURT OF APPEALS

THIRD DISTRICT OF TEXAS


JIM JACK THOMPSON III        §

v.                                  §          NUMBER 03-14-00371-CR

THE STATE OF TEXAS         §


## CERTIFICATE OF SERVICE

A copy of the foregoing Appellant's Second Motion For Extension Of Time To File Appellant's Brief was served on MARCH 17, 2015, in compliance with Rule 9.5, Texas Rules of Appellate Procedure and in compliance with Third Court of Appeals Local Rule 3(c), on MR. JOHN PREZAS, ASSISTANT DISTRICT ATTORNEY, WILLIAMSON COUNTY, TEXAS, 405 Martin Luther King, Box 1, Georgetown, Texas 78626.


                                    /s/ Ray Bass
                                    _____
                                    RAY BASS


## CERTIFICATE OF CONFERENCE

On MARCH 17 2015, the below signed attorney for appellant conference with Mr. John Prezas, Assistant District Attorney for Williamson County, Appellate Attorney, regarding this Motion For Extension Of Time to File Appellant's Brief. Mr. Prezas authorized counsel for appellant to represent to the Court that the State of Texas agrees with said motion and has no objection to the Court granting the motion.


                                    /s/ Ray Bass
                                    _____
                                    RAY BASS

# IN THE COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

JIM JACK THOMPSON III                     §

v.                                        §          NUMBER 03-14-00371-CR

THE STATE OF TEXAS                        §

### ORDER ON APPELLANT'S MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S BRIEF

On this _____ day of _____, 2015, came on to be considered the Motion For Extension Of Time To File Appellant's Brief; and the court, having considered said motion, finds that it should be and is hereby GRANTED.

It is, therefore, ordered that Appellant shall have until APPRIL 15, 2015, to file appellant's brief herein.

_____
Justice, Third Court Of Appeals